# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:22-cv-01869-ACC-DCI

TAVIA WAGNER,

      Plaintiff,

vs.

JOHN SOBIK JR TRUST, et al.,

      Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____

 X  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  October 15, 2022

      By:/S/Joe M. Quick, Esq._____
      Joe M. Quick, Esq.
      Bar Number 0883794
      Attorney for Plaintiff
      Law Offices of Joe M. Quick, Esq.
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Telephone: 386.212.3591
      Email: JMQuickEsq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:/S/Joe M. Quick, Esq._____
Joe M. Quick, Esq.
Bar Number 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com